# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00663-CV

**Sung Soo Kwak d/b/a Jenny's Total Beauty Salon, Appellant**

**v.**

**PNCEF, LLC, d/b/a: PNC Equipment Finance,
f/k/a National City Commercial Capital Company, LLC, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
### NO. 245,127C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Sung Soo Kwak d/b/a Jenny's Total Beauty Salon ("Kwak") filed his notice of appeal on October 21, 2011, and filed a pro se brief on March 9, 2012. On April 27, 2012, we ordered Kwak to file an amended brief, complying with the rules of appellate procedure, on or before May 14, 2012. *See* Tex. R. App. P. 9.1 (requiring unrepresented parties to sign any document that party files). We also notified Kwak that his failure to comply could result in the striking of his brief and the dismissal of this appeal. *See* Tex. R. App. P. 38.9(a). To date, Kwak has not complied with or otherwise responded to the Court's order. Accordingly, we strike Kwak's brief and dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (authorizing dismissal for failure to comply with court order).

_____

Diane M. Henson, Justice

Before Justice Puryear, Henson and Goodwin

Dismissed

Filed:   August 29, 2012